# EXHIBIT A

## TONIA D. PARIBELLO

**IP Address:** 72.19.124.36 2007-02-08 02:52:45 EST          **CASE ID#** 117573937

**P2P Network:** Gnutella                                     **Total Audio Files:** 395

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| Virgin Records America, Inc. | Janet Jackson | If | Janet | 174-392 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| UMG Recordings, Inc. | Ludacris | Area Codes | Word of Mouf | 304-605 |
| Virgin Records America, Inc. | Janet Jackson | Doesn't Really Matter | All for You | 308-900 |
| Warner Bros. Records Inc. | Faith Hill | Cry | Cry | 321-377 |