UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al.,<br><br>    Plaintiffs,<br><br>V.<br><br>TONIA PARIBELLO,<br><br>    Defendant. | :<br>:<br>: CIVIL NO. 7:07-cv-08148-WCC<br>:<br>:<br>:<br>:<br>: JANUARY 23, 2008 |

### **APPEARANCE**

To The Clerk Of This Court And Parties Of Record:

 Enter my appearance as counsel in this case for Plaintiffs.

 I certify that I am admitted to practice in this court.

Dated: January 23, 2008

                s/ Victor B. Kao
              Victor B. Kao (VK-6967)
              ROBINSON & COLE LLP
              885 Third Avenue - Suite 2800
              New York, NY 10022 -4834
              Tel. No.: (212) 451-2900
              Fax No.: (212) 451-2999
              E-mail: vkao@rc.com
              *Attorneys for Plaintiffs*

STAM1-821733-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008 a copy of foregoing **Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ Victor B. Kao
Victor B. Kao (VK-6967)
