UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,

    Plaintiffs,

-against-

Tonia D. Paribello,

    Defendant.

---

Civil Action No.: 07 CIV 8148 (WCC)

Filed Electronically

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs SONY BMG MUSIC ENTERTAINMENT, et al., by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: Stamford, Connecticut
   March 6, 2008

ROBINSON & COLE LLP
Attorneys for Plaintiffs

By: _____
Brian E. Moran (BM-8573)
Victor B. Kao (VB-6967)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

So ORDERED

*William C. Conner*
Sr. U.S.D.J.

DATED: March 12, 2008

1

e-copies mailed to counsel of record